In the Matter of the Accounting of Isaac Reiss et al., as Executors of Albert Simon, Deceased, Respondents. Adele L. Lewengood, as Guardian of Meryl A. Simon, Respondent; Grace Simon, Appellant.

(Submitted June 12, 1931; decided July 15, 1931.)

*Thomas I. Sheridan* and *Daniel J. Madigan* for appellant.

*Lloyd B. Kanter* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.